CV-06-0045-MWL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW SILVA and DANIEL WARNER,<br><br>           Plaintiffs,<br><br>  vs.<br><br>HAROLD CLARKE, MAGGIE MILLER-STOUT, CAROL PORTER, DOUG WADDINGTON, JOHN AND JANE DOES 1-50,<br><br>           Defendants. | NO. CV-05-414-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING CLASS CERTIFICATION, AND DIRECTING COMPLAINT BE SEVERED |

    BEFORE THE COURT are Objections submitted by Plaintiff Matthew Silva (Ct. Rec. 6). Mr. Silva claims Plaintiff Daniel Warner gave him permission to sign and present the documents on Mr. Warner's behalf. After review of Plaintiff Silva's assertions, and regardless of his litigation ability, this court will not permit Mr. Silva to represent a fellow inmate. *See Cato v. United States*, 70 F.3d 1103, 1105 n. 1 (9th Cir. 1995)(non-attorney party may not represent other plaintiffs); *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997)(parent or guardian cannot bring suit on behalf of minor child); *McShane v. United States,* 366 F.2d 286, 288 (9th Cir. 1966)(non-attorney party may not represent other plaintiffs).

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING CLASS CERTIFICATION, AND DIRECTING COMPLAINT BE SEVERED -- 1

Following review of Plaintiffs' objections and for the reasons set forth by the Magistrate Judge, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 5) is **ADOPTED in its entirety**. This case will proceed before the Magistrate Judge, subject to objections as provided in the Local Rules for the Eastern District of Washington.

For the sake of administrative ease, the court will order that each Plaintiff's claim be severed from the claims of the others. Plaintiff Matthew Silva will proceed in this action, while Plaintiff Daniel Warner will proceed in a separate civil action to be opened by the District Court Executive. Each Plaintiff will proceed with his own action and will be solely responsible for his own action and his own filing fee.

The District Court Executive will be directed to assign each new action to the same judicial officer assigned to the instant action. The District Court Executive shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Accordingly, **IT IS ORDERED**:

1. The claims of Plaintiff Daniel Warner are severed from the claims of Plaintiff Matthew Silva;
2. Plaintiff Matthew Silva shall proceed as the sole Plaintiff in case No. CV-05-414-MWL; and
3. The District Court Executive is directed to:
   a. Open a separate civil action for Plaintiff Daniel Warner, docketing the complaint as received on December 19, 2005;
   b. Assign this action to the judicial officer to whom the

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING CLASS CERTIFICATION, AND DIRECTING COMPLAINT BE SEVERED -- 2

instant case is assigned and make appropriate adjustment in the assignment of civil cases to compensate for such assignment;

c. Place a copy of this Order, the complaint and the appropriate application to proceed *in forma pauperis* by a prisoner, in the file opened for Daniel Warner;

d. Strike from the caption of each Plaintiff's complaint all Plaintiffs' names except the name of the individual Plaintiff proceeding in the action;

e. Send each Plaintiff an endorsed copy of his complaint bearing the amended caption and the case number assigned to his own individual action;

f. Ensure the filing fee has been paid or that documents for proceeding *in forma pauperis* are in order; and

g. Forward each file to the assigned judicial officer for further proceedings.

**IT IS SO ORDERED.** The District Court Executive shall enter this Order and forward copies to Plaintiffs Matthew Silva and Daniel Warner.

**DATED** this 1st day of February, 2006.


                    s/ Robert H. Whaley
                    ROBERT H. WHALEY
                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING CLASS CERTIFICATION, AND DIRECTING COMPLAINT BE SEVERED -- 3